UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| DOUBLE L FARMS, INC., <br><br> Debtor, | Case No. 18-40910-JMM <br><br> Chapter 11 |

**ORDER APPROVING STIPULATION FOR ADEQUATE PROTECTION PAYMENTS TO FARM CREDITAND MODIFICATION OF CASH COLLATERAL BUDGET**

Upon consideration of the Motion to Approve Stipulation for Adequate Protection Payments to Farm Credit and to Modify Cash Collateral Budget, filed on July 24, 2019, [Dkt No. 105] ("Motion"), by Farm Credit Services of America, PCA ("Farm Credit"), regarding the Stipulation for Adequate Protection Payments to Farm Credit and applicable cash collateral budget, executed by Farm Credit and Debtor, Double L Farms, Inc., filed in this matter with the Motion; there being no objection filed to the Motion, as indicated in the Statement of No Objection filed on August 12, 2019, [Dkt No. 106]; and after considering the record herein, this Court finds good cause exists to approve the Motion:

IT IS HEREBY ORDERED, that the Motion is granted and the Stipulation for Adequate Protection Payments to Farm Credit is approved according to the terms therein and the cash collateral budget is modified to allow for the payments set forth therein;

ORDER APPROVING STIPULATION FOR ADEQUATE PROTECTION
PAYMENTS TO FARM CREDIT - 1

56237.0002.12038206.2

IT IS FURTHER ORDERED, that if the Debtor (1) fails to comply with the terms set forth in the Stipulation; or (2) fails to comply with any other terms and provisions of the eventual confirmed Chapter 11 plan as to Farm Credit; then Debtor shall have ten (10) days to make such payment or to cure such default after written notice is mailed (including email) to Debtor's counsel.  If the Debtor thereafter fails to make such payment or to cure such default the full amount due under the Loans, then the obligations under the Loans shall be accelerated and due and owing, and provided the automatic stay is still in effect, Farm Credit shall be entitled to seed an Order from the Bankruptcy Court, immediately annulling, terminating, modifying, and removing the automatic stay imposed pursuant to 11 U.S.C. § 362(a), as against Farm Credit without further proceedings. Farm Credit may thereupon proceed to exercise all rights and remedies it has under the Loans and according to the laws of the State of Idaho;

IT IS FURTHER ORDERED, that this Order is effective immediately upon entry; and

~~IT IS FURTHER ORDERED, that this Order survives a conversion or dismissal of this bankruptcy action.~~



DATED:  August 16, 2019

_____
JOSEPH M. MEIER
CHIEF U. S. BANKRUPTCY JUDGE

The Court modified the Order submitted by counsel by eliminating the last sentence

ORDER APPROVING STIPULATION FOR ADEQUATE PROTECTION
PAYMENTS TO FARM CREDIT - 2

56237.0002.12038206.2

Submitted by:

/s/ Sheila R. Schwager
Sheila R. Schwager, ISB No. 5059
HAWLEY TROXELL ENNIS & HAWLEY LLP
Attorneys for Farm Credit Services of America, PCA

ORDER APPROVING STIPULATION FOR ADEQUATE PROTECTION
PAYMENTS TO FARM CREDIT - 3

56237.0002.12038206.2