Robert J. Maynes, ISB No. 6905
Mark V. Cornelison, ISB No. 7682
**MAYNES TAGGART PLLC**
PO Box 3005
Idaho Falls, ID  83403
Telephone: (208) 552-6442
Facsimile: (208) 524-6095
Email: rmaynes@maynestaggart.com
       mcornelison@maynestaggart.com

Counsel for Debtor/Debtor-in-Possession

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In Re: | Case No. 18-40910-JMM |
| DOUBLE L FARMS, INC. | Chapter 11 |
|    Debtor. | |

### *EX PARTE* MOTION TO SHORTEN TIME FOR HEARING ON MOTION FOR AUTHORITY TO SELL DAIRY COWS AND CALVES, FREE AND CLEAR OF LIENS

COMES NOW the Debtor and Debtor-In-Possession, Double L Farms, Inc., by and through counsel, and hereby moves this Court, *ex parte*, for an order allowing a hearing on Debtor's *Motion for Authority to Sell Dairy Cows and Calves, Free and Clear of Liens* (Dkt. No. 165).  The Debtor requests that the hearing on the motion be held on the **16th day of December, 2019 at 10:00 a.m.** or as soon thereafter as counsel may be heard at the Federal Bankruptcy Court, 801 E. Sherman St., Pocatello, ID.   Any objection to this motion should be filed as provided in F.R.B.P. 6004(b) by December 12, 2019.

The grounds for shortening time is to preserve the estate due to high mortality rates of dairy calves during the winter months.

Date:   December 6, 2019

MAYNES TAGGART PLLC

*/s/ Mark V. Cornelison*_____
MARK V. CORNELISON

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 6, 2019, I filed a copy of the attached pleading with the Court via CM/ECF and the following parties are reflected as receiving the Notice of Electronic Filing as CM/ECF Registered Participants:

PARTIES SERVED:

Craig W Christensen on behalf of Attorney Intermountain Farmers Association
cwc@racinelaw.net, thb@racinelaw.net

Gregory L Crockett on behalf of Creditor Bill Jensen & Sons Inc.
gregcrockett@hopkinsroden.com, tammytheiler@hopkinsroden.com

Timothy J Dance on behalf of Creditor VFS Leasing Co.
tdance@swlaw.com, snielsen@swlaw.com;csmart@swlaw.com;docket_slc@swlaw.com

Daniel C Green on behalf of Attorney Intermountain Farmers Association & Bonneville Jefferson Ground Water
dan@racinelaw.net, mcl@racinelaw.net

R Ron Kerl on behalf of Creditor Helena Agri-Enterprises, LLC, f/k/a Helena Chemical Company
Ron@cooper-larsen.com, kelli@cooper-larsen.com,bobbi@cooper-larsen.com

David Henry Leigh on behalf of Creditor Zions Bancorporation, N.A. dba Zions First National Bank - dleigh@rqn.com, dburton@rqn.com;docket@rqn.com

James C Meservy on behalf of Creditor Young & Young Livestock, LLC
jcmeservy@wmlattys.com, dlpeterson@wmlattys.com; lmcarpenter@wmlattys.com; jmbos@wmlattys.com

John T Morgan on behalf of U.S. Trustee US Trustee - john.t.morgan@usdoj.gov

Jason Ronald Naess on behalf of Attorney D.L. Evans Bank - jason@pmt.org

David Wayne Newman on behalf of U.S. Trustee US Trustee
ustp.region18.bs.ecf@usdoj.gov

Janine Patrice Reynard on behalf of Creditors Deere & Company, Deere Credit, Inc & John Deere Construction & Forestry Company - jpr@magicvalleylaw.com

Sheila Rae Schwager on behalf of Creditor Farm Credit Services of America, PCA
sschwager@hawleytroxell.com, cdavenport@hawleytroxell.com

US Trustee - ustp.region18.bs.ecf@usdoj.gov

*EX PARTE* MOTION TO SHORTEN TIME FOR HEARING ON MOTION FOR AUTHORITY TO SELL DAIRY COWS AND CALVES, FREE AND CLEAR OF LIENS
Page No. 3

Brent Russel Wilson on behalf of Creditor Farm Credit Services of America, PCA
bwilson@hawleytroxell.com,  cdavenport@hawleytroxell.com

Jeffrey M Wilson on behalf of Creditor Deere & Company and Deere Credit, Inc
jeff@wilsonmccoll.com,  louis@wilsonmccoll.com

And as otherwise noted on the Court's Notice of Electronic Filing.

    I HEREBY CERTIFY FURTHER that on December 6, 2019, I served a copy of the above referenced pleading(s) on the following parties via postage prepaid, first class, U.S. Mail (or certified mail where indicated):

| | |
|---|---|
| Double L Farms, Inc.<br>4344 E. 500 N.<br>Rigby, ID  83442 | Snap Advances, LLC<br>1182 W. 2400 S.<br>West Valley City, UT 84119<br><u>Via Certified/RRR</u> |

SEE ATTACHED LIST OF CREDITORS

          DATED:    December 6, 2019

          <u>/s/ *Theresa G. Carson*</u>
          Theresa G. Carson
          Legal Assistant

Farm Credit Services of America, PCA
Hawley Troxell Ennis & Hawley
877 Main Street, Suite 1000
Boise, ID 83702-5884

Deere Credit, Inc
P.O. Box 1544
Boise, ID 83701-1544

Double L Farms, Inc.
PO Box 758
Rigby, ID 83442-0758

Deere & Company
P.O. Box 1544
Boise, ID 83701-1544

Helena Agri-Enterprises, LLC,
f/k/a Helena Chemical
c/o John Moffit
1330 E. Kartchner
Pasco, WA 99301-7502

Young & Young Livestock, LLC
3134 S 1900 E
Wendell, ID 83355-3326

John Deere Construction & Forestry Company
P.O. Box 1544
Boise, ID 83701-1544

Agco Finance LLC
P.O. Box 2000
Johnston, IA 50131-0020

Agco Finance LLC
P.O. Box 9263
Des Moines, IA 50306-9263

Agri-Lines Irrigation, Inc.
115 N 2nd St
Parma, ID 83660-7706

Agri-Service LCC
1280 East 1500 North
Terreton, ID 83450-5136

Agrisource, Inc.
P.O. Box 1000
Burley, ID 83318-0978

Amanda James Finance Oper. Assoc. LLA
Rural Community Insurance Services
3501 Thurston Avenue
Anoka, Minnesota 55303-1060

American Family Insurance
1869 N. Yellowstone Hwy, Ste
Idaho Falls, ID 83401-1644

American Pump Co.
P.O. Box 267
Ucon, ID 83454-0267

Anheuser-Busch, Co.
P.O. Box 504478
Saint Louis, MO 63150-4478

Arizona Machinery, LLC
dba Stotz Equipment
P.O. Box 369
American Falls, ID 83211-0369

Bankcard Center
P.O. Box 30833
Salt Lake City, UT 84130-0833

Bankcard Services
P.O. Box 25787
Salt Lake City, UT 84125-0787

Beehive Credit Union
250 S. State St.
Rigby, ID 83442-1472

Bill Jensen & Son, Inc.
6816 West 17th South
Idaho Falls, ID 83402-5625

Bonneville Billing and Coll.
431 River Parkway
P.O. Box 50820
Idaho Falls, ID 83405-0820

Bonneville Jefferson Groundwater Dist.
P.O. Box 51121
Idaho Falls, ID 83405-1121

Brent Coons, Esq.
Volvo Financial Services
7025 Albert Pick Road
Greensboro, NC 27409-9539

Busch Agricultural Resources
Idaho Falls Seed Plant
3421 East County Line Road
Idaho Falls, ID 83401-5165

Byron Luthy
7450 S. 1800 W.
Rexburg, ID  83440-4532

C&B Operations, LLC
dba Bonneville County Implement
2105 Industrial Blvd.
Idaho Falls, ID 83401-1703

CNH Capital
P.O. Box 790439
Saint Louis, MO 63179-0439

CNH Industrial Capital America LLC
P.O. Box 71264
Philadelphia, PA 19176-6264

Cache Commodities Inc.
P.O. Box 387
Ogden, UT 84402-0387

CNH Industrial Capital
100 Brubaker Ave.
New Holland, PA 17557-1661

CNH Productivity Plus Acct.
P.O. Box 790449
Saint Louis, MO 63179-0449

Christopher A. Beins, Esq.
Evans, Grover & Beins, P.C.
P.O. Box 160
Tremonton, UT 84337-0160

Capital One Bank (USA), N.A.
by American Info Source as agent
PO Box 71083
Charlotte, NC  28272-1083

Capital One Credit Card
P.O. Box 60599
City of Industry, CA 91716-0599

D.L. Evans Bank Loan Central
P.O. Box 87
Twin Falls, ID 83303-0087

Corporation Service Company
801 Adlai Stevenson Drive
Springfield, IL 62703-4261

Zions ZB, N.A. dba Zions
Attn: Jonathan Howard
1 S. Main Street, 14th Fl.
Salt Lake City, UT 84133-1109

D.L. Evans Bank
Rigby Branch
P.O. Box 64
Rigby, ID 83442-0064

D.L. Evans Bank
P.O. Box 1188
Burley, ID 83318-0826

Dee William & Carol Simmons
467 N. 4400 E.
Rigby, ID 83442-3004

Deere & Company
6400 NW 86th St.
Johnston, IA 50131-2945

Dairy Systems Co.
4004 N. Hwy 91
Hyde Park, UT 84318-4108

Deere Credit, Inc.
6400 NW 86th St.
Johnston, IA 50131-3087

Donald R. Carey, Esq.
Carey Romankiw, PLLC
477 Shoup Ave., Ste.203
Idaho Falls, ID 83402-3658

Deere & Company
d/b/a John Deere Financial
PO Box 6600
Johnston, IA 50131-6600

Fall Fertilizer
P.O. Box 50047
Idaho Falls, ID 83405-0047

Faren Z. Eddins, Esq.
P.O. Box 63160 East Wallace
Driggs, ID 83422-5165

Double L. Dairy, LLC
4102 E. 525 N.
Rigby, ID 83442-5214

Sally McMinn
357 E. 4500 N.
Rigby, ID  83442

Felipe Diaz
P.O. Box 758
Rigby, ID 83442-0758

Farm Credit Services of America
PO Box 2409
Omaha, NE 68103-2409

Helena Agri-Enterprises, LLC
c/o John Moffit
1330 E. Kartchner
Pasco, WA 99301-7502

Idaho State Tax Commission
P.O. Box 36
Boise, ID 83722-0036

George & Jesse's Tire
126 S. State St.
Rigby, ID 83442-1447

Intermountain Farmers Association
1147 West 2100 South
Salt Lake City, UT 84119-1563

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Intermountain Farmers Assoc.
Attn: Heather Schultz
P.O. Box 30168
Salt Lake City, UT 84130-0168

Jared K. Lewis
548 N. Lewis Lane
Rigby, ID 83442-5232

Jason T. Wood, Esq.
Wood Law Group, PC
1488 Midway Ave.
Ammon, ID  83406

J. Heath Lewis
4102 E. 525 N.
Rigby, ID 83442-5214

Jefferson County Treasurer
Attn: Kristine Lund
210 Courthouse Way, Ste.160
Rigby, ID 83442-6000

Madison County Treasurer
Attn: Sherry Arnold
134 E. Main St.
Rexburg, ID 83440-1922

Les Schwab
126 S. State St.
Rigby, ID 83442-1447

Miskin Scraper Works, Inc.
1075 W. Sunnyside Rd.
Idaho Falls, ID 83402-4705

Progressive Funding
853 Camino Del Mar, Ste. 200
Del Mar, CA 92014-2804

Rain for Rent
P.O. Box 1743
Idaho Falls, ID 83403-1743

Richard T. Little
4330 E. 500 N.
Rigby, ID 83442-5216

PACIFICORP
ATTN: Bankruptcy
PO Box 25308
Salt Lake City, UT 84125-0308

Snake River IBA
P.O. Box 24
Rigby, ID 83442-0024

Jensen & Sons, Inc.
Attn: Eric Jensen
6816 West 17th South
Idaho Falls, ID 83402-5625

John Deere Construction & Forestry Company
& John Deere Financial
PO Box 6600
Johnston, IA 50131-6600

LP Propane, L.L.C.
Attn: Ryan B. Meikle, General Counsel
P.O. Box 50620
Idaho Falls, Idaho 83405-0620

Patrick F. Holden, Esq.
Richer & Associates, P.C.
901 West Baxter Dr.
South Jordan, UT 84095-8687

Prostar Dairy Service
1247 W. Main St.
Burley, ID 83318-1629

Rain for Rent
File 52541
Los Angeles, CA 90074-2541

Ririe Grain & Feed
P.O. Box 280
Ririe, ID 83443-0280

Rural Community Ins. Service
3501 Thurston Ave
Anoka, MN 55303-1060

Snap Advances
Attn: Marie Bondaruk
1182 W 2400 S
West Valley City, UT 84119-8510

Stotz Equipment
2986 South Frontage Rd.
American Falls, ID 83211-5404

John Deere Credit
John Deere Financial
John Deere Construction
6400 NW 86th St.
Johnston, IA 50131-3087

John Deere Financial
P.O. Box 4450
Carol Stream, IL 60197-4450

Leon Radford
307 N. 450 E.
Rigby, ID 83442-5596

McFarland Seed Service, Inc.
4364 E 420 N
Rigby, ID 83442-5598

Popular Com. Lending Group
Attn: Darin Young, Pres.
10808 River Front Pkwy 353
South Jordan, UT 84095-6300

Rain & Hail
200 North Mullan Rd
Spokane, WA 99206-6800

Receivable Control Corp.
Attn: Isaac Stone
7373 Kirkwood Ct., Ste. 200
Maple Grove, MN 55369-5264

Rocky Mountain Power
P.O. Box 25308
Salt Lake City, UT 84125-0308

Sean R. Moulton, Esq.
P.O. Box 63160
East Wallace
Driggs, ID 83422-5165

Spurr Trucking, LLC
698 N. 3500 E.
Menan, ID 83434-5063

Stotz Equipment
11111 W McDowell Rd.
Avondale, AZ 85392-5000

Tractor Sales & Auto, Inc.
105 W. 8th S.
Saint Anthony, ID 83445-1980

Stotz Equipment
P.O. Box 369
American Falls, ID 83211-0369

Curtis Simmons
Sutton & Simmons, PLLC
39 Professional Plaza
Rexburg, ID 83440-2024

Trevor Hill
537 N. Lewis Ln.
Rigby, ID 83442-5232

Tractor Sales & Auto, Inc.
P.O. Box 50250
Idaho Falls, ID 83405-0250

Tractor Sales & Auto, Inc.
3117 N. Holmes Ave.
Idaho Falls, ID 83401-1558

VFS Leasing Co.
P.O. Box 26131
Greensboro, NC 27402-6131

Tyler H. Neill, Esq.
1423 Tyrell Lane
P.O. Box 359Boise, ID 83701-0359

U.S. Bank N.A. as Custodian/Trustee for Federal Agricultural Mortgage Corp
c/o Zions Bancorporation; Attn Gary Guy
500 5th Street
Ames, Iowa 50010-6063

Volvo Financial Service
P.O. Box 7247-0236
Philadelphia, PA 19170-0236

Valley Agronomics, LLC
520 East Moody Rd.
Rexburg, ID 83440-5164

Visser Ag., Inc.
136 Yellowstone Hwy
Rigby, ID 83442-5657

Western Equipment Finance
P.O. Box 640
Devils Lake, ND 58301-0640

Volvo Financial Services
Attn: Eren Vargas
7025 Albert Pick Road
Greensboro, NC 27409-9539

Western Equipment Fin., Inc.
503 Highway 2 West
Devils Lake, ND 58301-2938

ZB N. A. dba Zions First National Bank
1235 S. Utah Ave.
Idaho Falls, ID 83402-3375

Western Oilfields Supply Co.
c/o Rain for Rent
5101 Office Park Drive
Bakersfield, CA 93309-0615

Young & Young Livestock LLC
c/o Sherman Young Jr.
3134 South 1900 East
Wendell, ID 83355-3326

Zions Agricultural Finance
UT_RDWG-0188
P.O. Box 25822
Salt Lake City, UT 84125-0822

ZB N.A. dba Zions First National Bank
P.O. Box 25822
Salt Lake City, UT 84125-0822

Zions First National Bank
Legal Services
P O Box 30709
Salt Lake City, UT 84130-0709