JEFFREY M. WILSON, ISB No. 1615
LOUIS V. SPIKER, ISB No. 8281
CHRISTOPHER P. SLETTE, ISB No. 10940
WORST, STOVER, GADD & SPIKER, PLLC
3858 N. Garden Center Way, Ste. 200
P.O. Box 1544
Boise, ID 83701
Telephone: 208-345-9100
Facsimile: 208-384-0442
Attorneys for Creditors Deere & Company, John Deere
Construction & Forestry Company, and John Deere Financial, f.s.b.

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re: ) | |
| ) | Case No. 18-40910-JMM |
| DOUBLE L FARMS, INC., ) | |
| ) | Chapter 11 |
| Debtor. ) | |
| ) | |

**DECLARATION OF COUNSEL REGARDING ADEQUATE PROTECTION PAYMENTS TO DEERE ENTITIES**

I, CHRISTOPHER P SLETTE, declare under penalty of perjury of the law of the State of Idaho:

1. That I am counsel for Creditors Deere & Company, John Deere Construction & Forestry Company, and John Deere Financial, f.s.b. (collectively, "Deere Entities")

2. That I make this Declaration based upon my personal knowledge.

3. On March 6, 2019, Deere Entities filed a Motion for Relief from the Automatic Stay and Notice to Debtor (Doc 87).

4. On April 4, 2019, Deere Entities and Double L Farms, Inc. ("Debtor") filed a Stipulation to Resolve Stay Relief Motion and for Adequate Protection (Doc 94).

DECLARATION OF COUNSEL REGARDING ADEQUATE PROTECTION PAYMENTS TO DEERE ENTITIES - 1

5. On April 30, 2019, the Court entered an Order on Motion for Approval of Stipulation for Adequate Protection and to Use of Cash Collateral in Variance from Prior Order (Doc 99), which approved Stipulation to Resolve Stay Relief Motion and for Adequate Protection (Doc 94).

6. On October 22, 2019, Deere Entities and Debtor filed a Stipulation to Modify Adequate Protection (Doc 133).

7. On December 19, 2019, the Court entered an Order Approving Stipulation to Modify Adequate Protection (Doc 182).

8. Debtor has failed to make the payments which were due on March 10, 2020, and April 10, 2020, as required by the Stipulation to Modify Adequate Protection (Doc 133).

9. The Debtor is entitled to cure any default after being provided ten (10) days' notice of the default.

10. On April 4, 2020, pursuant to the Stipulation to Modify Adequate Protection (Doc 133), Deere Entities sent Debtor a Notice of Default.

11. As of the date of this Declaration, Debtor has failed to cure the default.

12. Pursuant to the Stipulation to Modify Adequate Protection (Doc 133), the Deere Entities are entitled to stay relief, as to the collateral named in the Motion for Relief from the Automatic Stay and Notice to Debtor (Doc 87), without further notice to Debtor.

I declare under penalty of perjury pursuant to the law of the State of Idaho that the foregoing is true and correct.

    April 16, 2020
    DATE                                              CHRISTOPHER P. SLETTE

## CERTIFICATE OF MAILING

      I HEREBY CERTIFY that on the 16th day of April, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

Robert J. Maynes
Attorney for Debtor

U.S. Trustee

Craig W. Christensen
Daniel C. Green
Attorneys for Intermountain Farmers Association, Bonneville Jefferson Ground Water

R. Ron Kerl
Attorney for Helena Agri Enterprises, LLC

Jason R. Naess
Attorney for D.L. Evans Bank

Sheila R. Schwager
Brent R. Wilson
Attorneys for Farm Credit Services of America, PCA

Richard H. Madsen II
David H. Leigh
Attorneys for Zions Bancorporation, N.A.

James C. Meservy
Attorney for Young & Young Livestock, LLC

Timothy J. Dance
Attorney for VFS Leasing Co.

Jeffrey M. Wilson
Louis V. Spiker
Attorneys for Deere & Company, Deere Credit, Inc., John Deere Construction & Forestry Company, and John Deere Financial, f.s.b.

And, I hereby certify that I have mailed by United States Postal Service the foregoing documents to the following non-CM/ECF Registered Participants:

Double L. Farms, Inc.
4344 E 500 N
PO Box 758
Rigby ID 83442

Curtis Simmons
Sutton & Simmons, PLLC
39 Professional Plaza
Rexburg, ID 83440

                                    _____
                                    Christopher P. Slette